HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ENRIQUE ESTRADA ARREOLA

FILED
NOV 29 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-MJ-00150 EPG-1 |
| Plaintiff, | **DEFENDANT'S MOTION TO EXONERATE CASH BOND; ORDER THEREON** |
| vs. | |
| ENRIQUE ESTRADA ARREOLA, | Judge: Hon. Erica P. Grosjean |
| Defendant. | |

On November 15, 2016, the Court ordered Mr. Estrada Arreola released on his own recognizance and ordered Mr. Estrada Arreola to post a cash bond with the Clerk's Office in the amount of $4,000.00 to permit his release in the interim while a property bond was being prepared in the amount of $60,000.00. Mr. Estrada Arreola's wife, Alma Anabel Arredondofernandez posted Mr. Estrada Arreola's cash bond the following morning on November 16, 2016[1].

Mr. Estrada Arreola was released from custody, as ordered, but was immediately picked up by Immigration and Customs Enforcement (ICE) based on a hold that was placed on Mr. Estrada Arreola unbeknownst to the Court, Pretrial Services Office or Counsel for either party. ICE then elected to release Mr. Estrada Arreola on November 17, 2016 with location monitor installed on his ankle in order to permit him to continue with his Rule 20 transfer, plea and

---

[1] Receipt number CAE100034143

sentence in this case.

Mr. Estrada Arreola notified the Pretrial Services office on November 17, 2016 of his re-release, and then presented himself to Pretrial Services Officer Ryan Beckwith, along with his counsel, Megan T. Hopkins, on November 18, 2016 and executed an agreement to modify his conditions of release in light of the location monitor put in place by ICE. Mr. Estrada Arreola was then permitted to return home and instructed to comply with the conditions of his release. On November 21, 2016 Mr. Estrada Arreola was taken back into ICE custody and deported to Mexico that same day. Counsel for the government confirmed with counsel for Mr. Estrada Arreola on November 21, 2016 that he had indeed been deported to Mexico, without further explanation from ICE. Mr. Estrada Arreola's case in the Eastern District of California has therefore been terminated.

Mr. Estrada Arreola is now requesting that the $4000 bail be exonerated and returned to his wife pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 29, 2016

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Enrique Estrada Arreola

## ORDER

IT IS HEREBY ORDERED that the Clerk of the Court exonerate the bond in the above-captioned case and return the posted cash to Ms. Alma Anabel Arredondofernandez.

The Court's financial department shall contact the Federal Defender to obtain Ms. Alma Anabel Arredondofernandez's current address.

DATED: Nov. 29, 2016

ERICA P. GROSJEAN
United States Magistrate Judge