1  PHILLIP A. TALBERT
   United States Attorney
2  ROSS PEARSON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | CASE NO. 1:16-MJ-00150-EPG
12 |                      Plaintiff,  | STIPULATION TO VACATE STATUS
   |                                  | CONFERENCE; FINDINGS AND ORDER
13 |              v.                  |
   |                                  | DATE: 12/5/2016
14 | ENRIQUE ESTRADA ARREOLA,         | TIME: 2:00 p.m.
   |                                  | COURT: Hon. Stanley A. Boone
15 |                      Defendant.  |

16

17     Plaintiff United States of America, by and through its counsel of record, and defendant, by and

18 through defendant's counsel of record, hereby stipulate that the status conference scheduled for

19 December 5, 2016, at 2:00 p.m. may be vacated.

20     The parties initially anticipated a status conference to discuss the status of a transfer of Mr.

21 Estrada Arreola's case from the District of New Mexico to this Court pursuant to Rule 20 of the Federal

22 Rules of Criminal Procedure. Mr. Estrada Arreola was released, but before the Rule 20 transfer could

23 proceed, Immigration and Customs Enforcement apprehended him and deported him.

24

25

26

27

28

                                                    1

The Rule 20 transfer never occurred, and the District of New Mexico dismissed the complaint against Mr. Estrada Arreola. As such, there is no need for a status conference in this case because the case is no longer pending. The parties therefore request that the status conference be vacated.

Dated:  December 2, 2016      PHILLIP A. TALBERT
                              United States Attorney

                              /s/ ROSS PEARSON
                              ROSS PEARSON
                              Assistant United States Attorney

Dated:  December 2, 2016      /s/ Megan T. Hopkins
                              Megan T. Hopkins
                              Counsel for Defendant
                              ENRIQUE ESTRADA
                              ARREOLA

**ORDER**

Based upon the stipulation and the foregoing, the Rule 20 status conference is hereby vacated.

IT IS SO ORDERED.

Dated:   **December 2, 2016**

                              UNITED STATES MAGISTRATE JUDGE